AO 442 (Rev. 5/85) Warrant for Arrest

FILED
JAMES BONINI
CLERK

# United States District Court

PM 2:01

NORTHERN —————— DISTRICT OF ———— OHIO, EASTERN DIVISION

SOUTHERN DIST OHIO

UNITED STATES OF AMERICA

V.

FILED 12 DEC 13

JAMES CLAYTON

## WARRANT FOR ARREST

CASE NUMBER:   1:07 CR 51 - 001

To: The United States Marshal
    and any Authorized United States Officer

# 1:11MJ -399

YOU ARE HEREBY COMMANDED to arrest _____ JAMES CLAYTON
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Failure to appear for a Violation Hearing.

in violation of Title _____ United States Code, Section(s) _____

DONALD C. NUGENT                          United States District Judge
Name of Issuing Officer                   Title of Issuing Officer

S/DCN                                     Cleveland, OH
Signature of Issuing Officer              Date and Location

(By) Deputy Clerk

Bail fixed at $ _____   by   Donald C. Nugent   12/7/11
                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

| DATE 11/22/2011 | U. S. Pretrial Services and Probation Office Northern District of Ohio | SUPPLEMENTAL INFORMATION REPORT | | PROB 12C-1 (Rev. 10/99) |
|---|---|---|---|---|

| NAME CLAYTON, James | | PACTS 47269 | JUDGE Nugent | DOCKET # 1:07CR00051-001 |
|---|---|---|---|---|

| SENTENCE DATE 09/25/2007 | SUPERVISION TYPE TSR | CRIMINAL HIST. VI | GRADE OF VIOLATION C | PHOTO |
|---|---|---|---|---|

| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Duncan T. Brown 801 W. Superior Avenue Ste 400 Cleveland, OH 44113 | Kevin A. Spellacy 1300 Rockefeller Bldg 614 Superior Avenue, W Cleveland, OH 44113 |

**SENTENCE DISPOSITION**
42 months custody of Bureau of Prisons to be followed by 3 years supervised release (commenced 06/10/2011).

**SPECIAL CONDITIONS**
Drug/Alcohol Aftercare.
Mental Health Aftercare.
Firearm Prohibition.
DNA Collection (satisfied 07/28/2010).

| SUMMONS ISSUED 11/07/2011 | HEARING DATE AND TIME 11/29/2011 @ 9:30 a.m. | ARREST DATE (IF APPLICABLE) N/A |
|---|---|---|

**ADDITIONAL INFORMATION (SINCE VIOLATION REPORT)**
*(ANY NEW CRIMINAL BEHAVIOR MIGHT AFFECT THE SENTENCING OPTIONS AS SPECIFIED IN THE PROBATION 12C VIOLATION REPORT. COMPLETED VIOLATION WORKSHEET IS ATTACHED)*

There is no new information.

**Pursuant to Local Rule 32.1.1, disclosure of Violation Report Probation 12C was distributed to U.S. Attorney and Defense Counsel.**

**REVISED PROBATION OFFICER RECOMMENDATION**

[X]  Recommendation remains unchanged.
[ ]  New considerations/criminal behavior which may impact the recommendation. A superceding PROB 12C Violation Report is attached.

| U.S. PRETRIAL SERVICES & PROBATION OFFICER /s/ Mabel J. Harris 216.357.7320 | DISTRIBUTION | |
|---|---|---|
| | COURT | CPO |
| SUPERVISING U.S. PRETRIAL SERVICES & PROBATION OFFICER Robin Ann Lafferty 2011.11.22 17:07:10 -05'00' Robin Lafferty, 419.213.5752 | PROBATION ROUTING | |
| | Data Entry | Data Collections |

| DATE 11/04/2011 | U. S. Pretrial Services and Probation Office Northern District of Ohio | VIOLATION REPORT Summons Request | | PROB 12C (Rev. 10/99) |
|---|---|---|---|---|

| NAME CLAYTON, James | PACTS 47269 | JUDGE Nugent | DOCKET # 1:07CR00051-001 |
|---|---|---|---|

| SENTENCE DATE 09/25/2007 | SUPERVISION TYPE TSR | CRIMINAL HIST VI | OFFENSE LEV. 14 | PHOTO |
|---|---|---|---|---|

| ASST. U.S. ATTORNEY Duncan T. Brown | DEFENSE ATTORNEY Kevin A. Spellacy |
|---|---|

**REPORT PURPOSE**

JUDICIAL RESPONSE REQUESTED

**ORIGINAL OFFENSE**
Counts 1 and 2: 18 USC § 111(a)(1) - Assaulting, Resisting or Impeding Certain Officers, Class C felonies.

**SENTENCE DISPOSITION**
42 months custody in the Bureau of Prisons to be followed by 3 years supervised release (commenced 06/10/2011).

**SPECIAL CONDITIONS**
Drug/Alcohol Aftercare.
Mental Health Aftercare.
Firearm Prohibition.
DNA Collection (satisfied 07/28/2010).

The probation officer believes that the offender has violated the following condition(s) of supervision:

| VIOLATION NUMBER/DATE | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | **Illicit Drug Abuse:** The offender provided a urine specimen on 08/31/2011 which was certified by Alere Laboratory on 09/10/2011 to be positive for marijuana. |
| 2. | **Illicit Drug Abuse:** The offender provided a urine specimen on 09/22/2011 which was certified by Alere Laboratory on 09/29/2011 to be positive for marijuana and cocaine. |
| 3. | **Failure in Drug Aftercare Program:** The offender was terminated from aftercare in October, 2011 for poor performance and progress. |
| 4. | **Unauthorized Travel Out of District** in September, 2011. |

**ADJUSTMENT TO SUPERVISION**

This report serves to inform the Court of ongoing problems in this case relative to substance abuse. The Court was advised in the violation report disclosed July 27, 2011 that relapse into substance abuse occurred June 15, 2011, almost immediately after release from custody on June 10, 2011. The offender used marijuana while celebrating his return to the community. It should also be noted the offender failed his pre-release placement at Oriana House Akron and was returned to custody until released to supervision. He was terminated from Oriana House for making alcohol at the facility. Mr. Clayton expresses to this officer his desire to be free from the constraints of supervision. He indicates plans to relocate elsewhere to pursue better employment opportunities (transfer is not an option due to aftercare non-compliance). He is not completely uncooperative. Mr. Clayton submits the monthly supervision reports as directed and maintains contact with the probation office. Despite the brevity of supervised release to date, it is clear the offender is not amenable to supervision efforts.

**Illicit Drug Use:** The offender discussed the substance abuse with his previous officer. He admitted to the marijuana use but denied cocaine abuse.

| DATE 11/04/2011 | U. S. Pretrial Services and Probation Office Northern District of Ohio | VIOLATION REPORT Summons Request | | PROB 12C (Rev. 10/99) |
|---|---|---|---|---|
| NAME CLAYTON, James | | PACTS 47269 | JUDGE Nugent | DOCKET # 1:07CR00051-001 |

**Aftercare Program Failure:** The probation office referred Mr. Clayton to Allied Behavioral Health Services in Lorain. The agency addresses both substance abuse and mental health issues in an integrated manner. Mr. Clayton has no clinical psychological disorder. He was placed in both individual and group counseling sessions. In July, 2011, the offender reported to treatment at a rate of only 20% (1 of 5 sessions scheduled). Performance in August, 2011 was at 40% (3 of 7 sessions). Compliance in September, 2011 was at 50% (4 of 8 sessions). In September, 2011 and again in October, 2011, Mr. Clayton advised both the service provider and the probation office he was no longer interested in treatment and would not return.

**Unauthorized Travel:** On September 7, 2011, Mr. Clayton admitted to the previous USPO, Suzanne Wilkins, that he traveled to the Southern District of Ohio (Cincinnati) during the Labor Day holiday weekend to visit a girlfriend who lives and works there. During the unauthorized trip, Mr. Clayton was questioned by local detectives in connection with a robbery. The probation office has received no further information regarding the status of the investigation and charges.

**Employment:**
Mr. Clayton has struggled with employment during supervised release. He is not eligible for employment assistance through the Workforce Development Program of the US Probation Office because of the active drug abuse and poor performance in treatment. Mr. Clayton indicates he has better employment prospects if he relocates to Detroit.

**Residence:** Mr. Clayton officially resides with his mother at 1505 West 19th Street, Lorain, OH 44052.

**Plan of Intervention:** A Summons for a violation hearing is requested. Revocation will be sought.

Pursuant to *U.S. v. Booker and U.S. v Fanfan*, the following United States Sentencing Guideline applications are being provided to the Court solely for advisory purposes.

SENTENCING OPTIONS

**Statutory Provisions:** If the offender violates a condition of supervised release, the Court may extend the term of supervised release and may modify, reduce or enlarge the conditions, 18 U.S.C. § 3583(e)(2) or revoke the term of supervised release, 18 U.S.C. § 3583(e)(3), or place an offender under electronic monitoring (only as a special condition), 18 U.S.C. 18 § 3583(e)(4).

If the Court finds that the offender has violated a condition of supervised release and decides to impose a term of imprisonment, it must consider, but can disregard, the policy statements in effect on the date the offender is sentenced, 18 U.S.C. § 3553(a)(4)(B) and impose a sentence of imprisonment up to the statutory maximum. The statutory maximum in this case is 2 years, as the offense of conviction is a Class C felony, 18 U.S.C. § 3583(e)(3).

If the Court revokes supervised release and imposes a term of imprisonment that is less than the statutory maximum, it may pursuant to 18 U.S.C. § 3583(h), reimpose a term of supervised release. As the offense of conviction is a Class C felony, the term of supervised release shall not exceed 3 years, 18 U.S.C. § 3583(b)(2), less any term of imprisonment imposed upon revocation, 18 U.S.C. § 3583(h).

Title 18 U.S.C. § 3583(d) allows an exception from mandatory revocation for an offender who fails a drug test, but the Court shall first consider whether the availability of appropriate substance abuse treatment programs, or the offender's current or past participation in such programs, warrants an exception.

| DATE<br>11/04/2011 | U. S. Pretrial Services and<br>Probation Office<br>Northern District of Ohio | VIOLATION REPORT<br>Summons Request | | PROB 12C<br>(Rev. 10/99) |
|---|---|---|---|---|
| NAME<br>CLAYTON, James | | PACTS<br>47269 | JUDGE<br>Nugent | DOCKET #<br>1:07CR00051-001 |

**Guidelines Provisions:** Application of policy statements found in Chapter 7 of the Guideline Manual result in a revocation range of imprisonment of 8 to 14 months, U.S.S.G .§ 7B1.4(a). The range of imprisonment is based on the most serious violation alleged being a Grade C violation, U.S.S.G. § 7B1.1(a)(3) and the offender having a Criminal History Category of VI, U.S.S.G. § 7B1.4, Application Note 1.

If the Court revokes supervised release and imposes a term of imprisonment, it may reimpose supervised release for 3 years less any custody term imposed, U.S.S.G. § 7B1.3(g)(2). A Violation Worksheet is attached.

Pursuant to U.S.S.G. § 7 B1.3(a)(2), upon a finding of a Grade C violation, the Court may revoke, extend or modify the conditions of supervised release. Guideline 7B1.3(c) provides sentencing options for offenders who fall into Zones B and C of the sentencing table. Those options include sentences of imprisonment that include terms of supervised release with conditions that substitute community confinement or home detention pursuant to Guideline 5C1.1(c) or (d).

**This completes the text of the report. Proceed to the signature page.**

| DATE 11/04/2011 | U. S. Pretrial Services and Probation Office Northern District of Ohio | VIOLATION REPORT Summons Request | | PROB 12C (Rev. 10/99) |
|---|---|---|---|---|
| **NAME** CLAYTON, James | | **PACTS** 47269 | **JUDGE** Nugent | **DOCKET #** 1:07CR00051-001 |
| I declare under penalty of perjury that the foregoing is true and correct. **U.S. PRETRIAL SERVICES & PROBATION OFFICER** | | | **DISTRIBUTION** | |
| /s/ Mabel J. Harris Mabel Harris, 216.357.7320 | | | **COURT** | **CPO** |
| **SUPERVISING U.S. PRETRIAL SERVICES & PROBATION OFFICER** Robin Ann Lafferty *Robin Lafferty* 2011.11.04 12:31:05 -04'00' Robin Lafferty, 419.213.5752 | | | **PROBATION ROUTING** | |
| | | | **Data Entry** | **Data Collection** |

## RECOMMENDING TO THE COURT

- ☐ Supervision to be Continued
- ☐ To issue a Warrant
- ■ To issue a Summons
- ☐ Follow-up report to an Emergency Warrant issued on .

## THE COURT ORDERS:

- ☐ The issuance of a Warrant.
- ☒ The issuance of a Summons.
- ☐ The request is denied.
- ☐ Supervision to be Continued.
- ☐ The referral of this case to the Magistrate Judge as designated by the Clerk's Office to conduct the appropriate proceedings, except for sentencing, if sentencing is necessary. If a revocation hearing is required, the assigned Magistrate Judge is to conduct the hearing and then file a report and recommendation.

  Magistrate Judge Assigned _____

- ☐ Alternative Judicial Order (Please Specify)


/s/Donald C. Nugent, USDJ          11/07/11

Signature of Judicial Officer          Date

Baughman,Termed

# U.S. District Court
## Northern District of Ohio (Cleveland)
## CRIMINAL DOCKET FOR CASE #: 1:07-cr-00051-DCN-1

Case title: United States of America v. Clayton

Date Filed: 01/30/2007
Date Terminated: 10/05/2007

Assigned to: Judge Donald C. Nugent

### Defendant (1)

**John Clayton**
*TERMINATED: 10/05/2007*

represented by **Kevin M. Spellacy**
McGinty, Hilow & Spellacy
1300 Rockefeller Bldg.
614 Superior Avenue, W
Cleveland, OH 44113
216-344-9220
Fax: 216-664-6999
Email: kspell@mghslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 18:111 (a)(1)Resisted and fought with US Marshalls (1-2) | dismissed filing of superseding indictment |
| 18:111(a)(1) Forcibly assault, resist, oppose, impede, itimidate and interfere with US Marshalls (1s-2s) | Custody of the BOP for 42 months; 3 years supervised release and shall pay a special assessment of $200.00 |

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|

None

**Plaintiff**

**United States of America**     represented by **Duncan T. Brown**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3933
Fax: 216-685-2378
Email: duncan.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2007 | 1 | Indictment as to John Clayton (1) count(s) 1-2. (Attachments: # 1 Designation Form and Foreperson Signature Page) (R,Sh) (Entered: 01/30/2007) |
| 01/30/2007 | | Random Assignment of Magistrate Judge pursuant to Local Criminal Rule 57.9. In the event of a referral, case will be assigned to Magistrate Judge Baughman. (R,Sh) (Entered: 01/30/2007) |
| 04/11/2007 | 3 | Superseding Indictment as to John Clayton (1) count(s) 1s-2s. (Attachments: # 1 Designation Form/Foreperson Signature Page) (S,R) (Entered: 04/11/2007) |
| 05/08/2007 | | CJA 20 Appointment of Attorney Kevin A. Spellacy for John Clayton. Signed by Judge Donald C. Nugent (R,JM) (Entered: 05/08/2007) |
| 05/08/2007 | | Notice (Non-document)to John Clayton scheduling an Arraignment set for 5/22/2007 at 09:30 AM in Courtroom 15A before Hon. Donald C. Nugent. (R,JM) (Entered: 05/08/2007) |
| 05/08/2007 | 6 | Application for Writ of Habeas Corpus ad Prosequendum as to John Clayton (Attachments: # 1 Writ# 2 Journal)(Brown, Duncan) (Entered: 05/08/2007) |
| 05/09/2007 | 7 | Marginal Order granting Petition For Writ of Habeas Corpus Ad Prosequendum as to John Clayton. Signed by Judge Donald C. Nugent (R,JM) (Entered: 05/09/2007) |
| 05/09/2007 | 8 | Journal Entry Order as to John Clayton directing the Sheriff, Lorain County Jail, to have defendant present for an Arraignment before Judge Donald C. Nugent on Tuesday, May 22, 2007 at 9:30 a.m. Signed by Judge Donald C. Nugent (R,JM) (Entered: 05/09/2007) |
| 05/22/2007 | 9 | Minutes of proceedings before Judge Donald C. Nugent ofArraignment as to John Clayton (1) Count 1-2,1s-2s held on 5/22/2007. The defendant entered a plea of not guilty. The defendant shall remain in pretrial detention. A trial order issued. (Court Reporter Heidi Geizer) (R,JM) (Entered: 05/22/2007) |

| 05/22/2007 | 10 | Criminal Trial Order as to James Clayton scheduling a Final Pretrial Conference set for 6/26/2007 09:00 AM before Hon. Donald C. Nugent. Jury Trial set for 7/2/2007 08:30 AM in Courtroom 15A before Hon. Donald C. Nugent. Pretrial Conference set for 6/5/2007 09:30 AM in Chambers 15A before Hon. Donald C. Nugent. (R,JM) Modified on 5/24/2007 (R, J). (Entered: 05/22/2007) |
|---|---|---|
| 05/25/2007 | 11 | Motion for Bill of Particulars by John Clayton. (Spellacy, Kevin) (Entered: 05/25/2007) |
| 05/25/2007 | 12 | Notice of Discovery *Request* as to John Clayton (Spellacy, Kevin) (Entered: 05/25/2007) |
| 06/05/2007 | 13 | Minutes of proceedings before Judge Donald C. Nugent.Pretrial Conference as to John Clayton held on 6/5/2007. Discovery on-going. Trial remains 7/2/07. (S,R) (Entered: 06/11/2007) |
| 06/26/2007 | 14 | FILING ERROR: Minutes of proceedings before Judge Donald C. Nugent.Pretrial Conference as to John Clayton held on 6/26/2007 Pretrial Conference continued and set for 7/19/2007 08:30 AM. (Court Reporter None) (E,P) Modified text, refiled as document number 15 6/29/2007 (E, P). (Entered: 06/27/2007) |
| 06/27/2007 | 15 | **Minutes of proceedings** before Judge Donald C. Nugent. Final Pretrial Conference as to John Clayton held on 6/27/2007. Case continued by agreement. Final Pretrial Conference set for 7/19/2007 08:30 AM before Hon. Donald C. Nugent. (Court Reporter None) (E,P) (Entered: 06/27/2007) |
| 07/09/2007 | 16 | Application for Writ of Habeas Corpus ad Prosequendum as to John Clayton (Attachments: # 1 Writ# 2 Journal)(Brown, Duncan) (Entered: 07/09/2007) |
| 07/11/2007 | 17 | **Journal Entry Order** as to John Clayton directing Sheriff, Lorain County Jail to have Defendant James Clayton brought to this Court for trial on July 19, 2007 at 8:30 a.m. before Judge Donald C. Nugent. Signed by Judge Donald C. Nugent (R,JM) (Entered: 07/11/2007) |
| 07/11/2007 | 18 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to John Clayton for jury trial July 19, 2007 at 8:30 a.m. Judge Donald C. Nugent (R,JM) (Entered: 07/11/2007) |
| 07/12/2007 | 19 | Proposed Jury Instructions by United States of America as to John Clayton (Brown, Duncan) (Entered: 07/12/2007) |
| 07/12/2007 | 20 | Proposed Voir Dire by United States of America as to John Clayton (Brown, Duncan) (Entered: 07/12/2007) |
| 07/20/2007 | 21 | **Minutes of proceedings** before Judge Donald C. Nugent of Change of Plea Hearing as to John Clayton held on 7/20/2007 with referral to Probation for preparation of a Presentence Investigation Report., Plea entered by John Clayton (1) Guilty on Count 1 and 2. Sentencing scheduled for September 25, 2007 at 10:00 a.m. (Court Reporter Sue Trischan) (R,JM) (Entered: 07/20/2007) |
| 07/20/2007 | 22 | Plea Agreement as to John Clayton on Counts One and Two. (R,JM) (Entered: |

| | | 07/20/2007) |
|---|---|---|
| 07/25/2007 | <u>23</u> | Arrest Warrant Returned Executed on 5/21/07 as to James Clayton. (C,B) (Entered: 07/25/2007) |
| 09/25/2007 | <u>24</u> | **Minutes of proceedings** before Judge Donald C. Nugent of Sentencing held on 9/25/2007 for John Clayton (1), on Count(s) 1 and 2. The defendant is sentenced to the custody of the Bureau of Prisons for a term of forty-two months. The Court will recommend the 500 hour drug treatment program while in custody. Supervised release is ordered for a periof of three years with the usual conditions as directed to include drug testing and treatment and any mental health treatment. Special assessment due in the amount of $200.00. (Court Reporter Heidi Geizer) (R,JM) (Entered: 09/25/2007) |
| 10/05/2007 | <u>25</u> | **Judgment** as to John Clayton (1),Count(s) 1s-2s, The defendant is sentenced to the custody of the Bureau of Prisons for a term of forty-two months. The Court will recommend the 500 hour drug treatment program while in custody. Supervised release is ordered for a periof of three years with the usual conditions as directed to include drug testing and treatment and any mental health treatment. Special assessment due in the amount of $200.00 Signed by Judge Donald C. Nugent on 10/3/07. (C,B) Modified text on 10/5/2007 (C, Br). (Entered: 10/05/2007) |
| 10/16/2007 | <u>26</u> | Writ of Habeas Corpus ad Prosequendum Returned as to John Clayton. Writ completed, subject sentenced 9/25/07. (S,R) (Entered: 10/17/2007) |
| 05/13/2008 | | CJA 20 as to John Clayton: Authorization to Pay Kevin Spellacy, Esq. Amount: $ 1,974.00 Judge Donald C. Nugent (R,JM) (Entered: 05/13/2008) |
| 11/07/2011 | <u>27</u> | **Order** Regarding Violation Report as to John Clayton requesting a summons. Judge Donald C. Nugent on 11/07/11. (R,JM) (Entered: 11/07/2011) |
| 11/07/2011 | | Notice (non-document)as to John Clayton of Violation Hearing scheduled to be to be held on 11/29/2011 at 09:30 AM in Courtroom 15A before Judge Donald C. Nugent. (R,JM) (Entered: 11/07/2011) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/13/2011 13:35:44 | | |
| **PACER Login:** us5815 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:07-cr-00051-DCN |
| **Billable Pages:** 3 | **Cost:** | 0.24 |